**Order entered January 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01453-CV

### IN RE REGINALD DARNELL MCDONALD, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-72047-S**

## ORDER

Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's November 25, 2019 petition for writ of mandamus.

/s/    ERIN A. NOWELL
        JUSTICE